# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DAVID L. JACOBSON,

                        Plaintiff,                          19 **CIVIL** 3113 (SN)

               -against-                           **JUDGMENT**

**ANDREW SAUL, Commissioner of the**
**Social Security Administration**,
                        Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated November 30, 2020, The ALJ's failure to apply the treating physician rule properly constitutes legal error, thereby warranting remand. Plaintiff's motion for judgment on the pleadings is therefore GRANTED, and the Commissioner's cross-motion for judgment on the pleadings is DENIED. The matter is remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings consistent with this Court's Order; accordingly, the case is closed.

**Dated:**  New York, New York
            November 30, 2020

                                                                 **RUBY J. KRAJICK**
                                                                 _____
                                                                  **Clerk of Court**
                                   **BY:**
                                                                   _____
                                                                   **Deputy Clerk**